FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
_____Central_____ DIVISION

CASE NO. __4:23-cv-00099-KGB-PSH__

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

FEB 06 2023

TAMMY H. DOWNS, CLERK
By: _____
DEP/CLERK

Jury Trial: ☐ Yes ☐ No
(Check One)

I. Parties

In item A below, place your <u>full</u> name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.

A. Name of plaintiff: Rickey Allen Brown
ADC # 129190
Address: 9565 Hwy 49b North Brookland Ar. 72417

Name of plaintiff: _____
ADC # _____

Address: _____

Name of plaintiff: _____
ADC # _____

Address: _____

In item B below, place the <u>full</u> name of the defendant in the first blank, his official position in the second blank, his place of employment in the third blank, and his address in the fourth blank.

B. Name of defendant: Officer Harris
Position: Pulaski Co. Sherrif Officer ~~Regional detention Facility~~
Place of employment: Pulaski Co. Regional detention Facility
Address: 3201 W. Roosevelt Rd L.R. Ar. 72204
Name of defendant: Pulaski Co. Medical Staff
Position: medical

This case assigned to District Judge <u>Baker</u>
and to Magistrate Judge <u>Harris</u>

-4-

Place of employment: *Pulaski Co. Regional detention facility*

Address: *3201 W. Roseveltt Rd. L.R. Ar. 72204*

Name of defendant: *Office Austin*

Position: *Sergeant Pulaski Co. Sheriff office / Det. Facility*

Place of employment: *Pulaski Co. Det. Facility*

Address: *3201 Rosevelt Rd L.R. Ar. 72204*

Name of defendant: _____

Position: _____

Place of employment: _____

Address: _____

II.  Are you suing the defendants in:

    ☐ official capacity only
    ☐ personal capacity only
    ☑ both official and personal capacity

III. Previous lawsuits

    A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action?

    Yes ___   No ✓

    B. If your answer to A is yes, describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

        ☐ Parties to the previous lawsuit:

        Plaintiffs: _____

        Defendants: _____

☐     Court (if federal court, name the district; if state court, name the county):

_____

☐     Docket Number: _____

☐     Name of judge to whom case was assigned: _____

☐     Disposition: (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____

☐     Approximate date of filing lawsuit: _____

☐     Approximate date of disposition: _____

IV. Place of present confinement: **Pulaski County Det. Facility 3201 W Rosevelt Rd. L.R, Ar- 72204**

V. At the time of the alleged incident(s), were you:
(check appropriate blank)

✓ in jail and still awaiting trial on pending criminal charges

___ serving a sentence as a result of a judgment of conviction

___ in jail for other reasons (e.g., alleged probation violation, etc.)
explain: _____

_____

VI. The Prison Litigation Reform Act (PLRA), 42 U.S.C. § 1997e, requires complete exhaustion of administrative remedies of all claims asserted, prior to the filing of a lawsuit. There is a prisoner grievance procedure in the Arkansas Department of Correction, and in several county jails. Failure to complete the exhaustion process provided as to each of the claims asserted in this complaint may result in the dismissal without prejudice of all the claims raised in this complaint.

A. Did you file a grievance or grievances presenting the facts set forth in this complaint?

Yes ✓    No ___

B. Did you completely exhaust the grievance(s) by appealing to all levels within the grievance procedure?

Yes ✓   No ___

If not, why? _____

_____

VII. Statement of claim

State here (as briefly as possible) the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

I was arrested in Craighead Co. + beat up by deputies had to spend the night in the hospital with a Fractured Jaw + was stomped so hard in the mid section that it caused a hernia, All of ~~arred~~ my charges were dropped in this case. — I was arrested later + sent to jail on a Federal hold in Pulaski Co. When arrested I already had a ~~cousin~~/taition scheduled for surgery. I have seen medical here several time the Dr. here told me now I am going to have to have double ~~surgery~~ for surgery. I have been here almost 4 months +

-7-

have with Dr.'s orders I have had a lower bunk lower rack seprit. but have been left up stairs on a top rack until just a few days ago I had hurt myself climbing up & down the stairs & had to go back to medical, this time the nurse gave me a copy of my script to take back with me so I could have proof so I was finaly moved down stairs. I have seen the medical severat times about my condition & all that was done for me was I was given Tylenol & Ibuprophen. The hernia has gotten so much worse that has been making me sick & yesterday morning I had gotten up for clean up call & while I was cleaning somehow my hernia got twisted or pinched or something but it was one of the worst pains I have ever had. the quard was called informed of what was going on they just said they would call the nurse & shut the door locking me back in my cell I started throwing up & sweating real bad my cell mate beat on the door hollering for the gaurds no one even came around to check on me for at least two hours. when they did come they ask me a couple of questions & locked me back up did nothing for. me

## VIII. Relief

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I need to get my hernia surgery + would like to be compensated for my unecessary mental + physical pain $100,000 Plus

I declare under penalty of perjury (18 U.S.C. § 1621) that the foregoing is true and correct.

Executed on this __1__ day of __22_____, 20__23__.

_____

Ricky Brown
Signature(s) of plaintiff(s)

-8-

Rickey Brown
3201 W. Rosevelt Rd
Little Rock Ar. 72201



Pro Se Clerk
600 W. Capital Avenue Room A149
Little Rock Arkansas 72201

JM