**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**RICKEY ALLEN BROWN**                                                                    **PLAINTIFF**
**ADC #129190**

**v.**                                           **Case No. 4:23-cv-00099 KGB**

**HARRIS,** *et al.*                                                                      **DEFENDANTS**

## ORDER

The Court has received the Proposed Findings and Recommendation ("Recommendation") submitted by United States Magistrate Judge Patricia S. Harris (Dkt. No. 4).   No party filed objections, and the time for doing so has passed.   After careful consideration, the Court concludes that the Recommendation should be, and hereby is, adopted in its entirety as this Court's findings in all respects (*Id.*).   The Court dismisses without prejudice plaintiff Rickey Allen Brown's complaint.

Though Judge Harris remained silent on the issue, the Court, having reviewed the record, certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal taken from this Order and the accompanying Judgment would not be taken in good faith.

It is so ordered this 23rd day of February, 2026.

_____
Kristine G. Baker
Chief United States District Judge